UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMMANUEL PIMENTEL, RANCEL MORENO, JOHNNY CUEVAS, RAMON CUEVAS, ADAM OROZCO, IRVIN MALDONADO, TRENT BARKER, CHRISTOPHER CAMPBELL, KHADEJHA DUBOSE, JOHN FABIEN, TOMAS SANCHEZ, TERRANCE STOUTE, RAYMOND WALLS, ALFRED CLARK, ALEXANDER DIAZ-BENITEZ, CARLOS GUERRA, RAFAEL ARMANDO LEVYA MARTINEZ, LENIER MACHIN, JORGE QUINONES, JACOB POWELL, FIDEL RODRIGUEZ, TAYLOR SAMS, RONALD THOMAS, and ANYEL DELGADO, individually and on behalf of others similarly situated,

Plaintiffs,

v. Case No.: 2:23-cv-544-JLB-KCD

STRENGTH20, LLC, GLOBAL STRATEGIES CONSULTANT GROUP, CORP., ROMMEL A. ARIZA and FLORIDA STRUCTURAL GROUP, INC.,

Defendants.
_______________________________________/

**ORDER**

Before the Court is Plaintiffs' Motion for Clerk's Default Against Defendant Global Strategies Consultant Group, Corp. for failure to respond to

the second amended complaint. (Doc. 75.). Global Strategies, proceeding *pro se*, filed a letter answer to the second amended complaint. (Doc. 74.) But as previously explained, non-natural persons or artificial entities such as corporations, partnerships, and associations, may appear in federal court only through licensed counsel. *Stronstorff v. Blake Med. Ctr.*, No. 8:01-CV-844-SDM-MSS, 2003 WL 21004734, *1 (M.D. Fla. Feb. 13, 2003); *see also* M.D. Fla. R. 2.02(b)(2).

The Court will allow Global Strategies another week to obtain counsel and respond. If it fails to do so, Plaintiffs may move for a clerk's default. For now, since Global Strategies still has time to obtain counsel and respond, the Court will moot the motion for clerk's default.

Accordingly, it is now **ORDERED**:

1. Defendant Global Strategies Consultant Group, Corp. must retain counsel and have counsel respond to the second amended complaint by **February 21, 2024**.

2. Plaintiffs' Motion for Clerk's Default Against Defendant Global Strategies Consultant Group, Corp. is denied as moot.

3. The Clerk is directed to strike Global Strategies' letter answer. (Doc. 74.)

**ORDERED** in Fort Myers, Florida on February 14, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:
All Parties of Record

Global Strategies Consultant Group, Corp.
500 East Broward Blvd.
Suite 1710
Fort Lauderdale, FL 33394