UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMMANUEL PIMENTEL,
RANCEL MORENO, JOHNNY
CUEVAS, RAMON CUEVAS,
ADAM OROZCO, IRVIN
MALDONADO, TRENT BARKER,
CHRISTOPHER CAMPBELL,
KHADEJHA DUBOSE, JOHN
FABIEN, TOMAS SANCHEZ,
TERRANCE STOUTE, RAYMOND
WALLS, ALFRED CLARK,
ALEXANDER DIAZ-BENITEZ,
CARLOS GUERRA, RAFAEL
ARMANDO LEVYA MARTINEZ,
LENIER MACHIN, JORGE
QUINONES, JACOB POWELL,
FIDEL RODRIGUEZ, TAYLOR
SAMS, RONALD THOMAS and
ANYEL DELGADO, individually
and on  behalf of others similarly
situated,

     Plaintiffs,

v.                       Case No.:  2:23-cv-544-JLB-KCD

STRENGTH20, LLC, GLOBAL
STRATEGIES CONSULTANT
GROUP, CORP., ROMMEL A.
ARIZA and FLORIDA
STRUCTURAL GROUP, INC.,

     Defendants.

_____/

## ORDER

Plaintiffs have submitted a revised notice (Doc. 98-1) and consent form (Doc. 103-1) to send to prospective members of this collection action brought under the Fair Labor Standards Act. These documents comply with the requirements outlined in the Court's prior orders (Doc. 97, Doc. 101). Accordingly, it is now **ORDERED**:

1.     The agreed notice (Doc. 98-1) and consent form (Doc. 103-1) are approved for distribution.

2.     Within fourteen (14) days of this order, Defendants must provide Plaintiffs' counsel the names, last known mailing addresses, and last known email addresses of all employees who fall within the collective definition identified by the Court (*see* Doc. 97 at 11-12).

3.     Within fourteen (14) days of receipt of the list required above, Plaintiffs' counsel must distribute the notice and consent form in accordance with its terms.

4.     Plaintiffs' counsel must file all consent forms received within seventy-five (75) days after the first notice is distributed.

**ENTERED** in Fort Myers, Florida on April 15, 2024.

Kyle C. Dudek
United States Magistrate Judge

2